DANIEL L. HARRALSON, #109322
THE DANIEL HARRALSON LAW FIRM
A Professional Corporation
P.O. Box 26688
Fresno, California 93729-6688
Telephone (559) 486-4560
Facsimile (559) 486-4320

Attorney for Plaintiff:    KENNETH MUNSON

FILED
AUG 0 7 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH MUNSON,<br><br>    Plaintiff,<br><br>vs.<br><br>THE CITY OF FRESNO, THE FRESNO POLICE DEPARTMENT, MIKE GEBHART, JAMES ROSETTI, and DOES 1 THROUGH 100 INCLUSIVE,<br><br>    Defendants. | Case No. 1:09-CV-590<br><br>**STIPULATED DISMISSAL AS TO DEFENDANT FRESNO POLICE DEPARTMENT**<br><br>Action Filed: March 31, 2009<br>Trial: August 3, 2010 |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff KENNETH MUNSON, by and through his attorney of record, Daniel L. Harralson, Esq., stipulates to the dismissal of any and all claims asserted against Defendant, FRESNO POLICE DEPARTMENT, *without prejudice and each party to bear their own costs and attorney's fees.*

\\\

\\\

\\\

| | |
|---|---|
| 1  DATED: August 5, 2009 | THE DANIEL HARRALSON LAW FIRM<br>A Professional Corporation |
| | /s/ Daniel l. harralson<br>**DANIEL L. HARRALSON**<br>Attorney for Plaintiffs |
| 7  DATED: August 5 , 2009 | OFFICE OF THE CITY ATTORNEY<br>*(signature)*<br>**TAMARA BOGOSIAN**<br>Attorney for Defendants |

It is so Ordered, Dated: 8-7-09

*(signature)*

United States District Judge

## PROOF OF SERVICE
CCP §§ 1011, 1013, 1013A, 2015.5 FRCP 5(b)

### STATE OF CALIFORNIA, COUNTY OF FRESNO

I am a resident of the State of California, over the age of eighteen years and not a party to the within action. My business address is The Daniel Harralson Law Firm; Post Office Box 26688, Fresno, California 93729. On August 5, 2009, I served the within document: **FIRST AMENDED COMPLAINT, by**

[ ]  FAX: by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

[ ]  PERSONAL DELIVERY: by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

[ ]  MAIL: by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Fresno, California addressed as set forth below.

[ ]  OVERNIGHT MAIL: by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

[ ]  ELECTRONIC SUBMISSION: per court order, submitted electronically by Verilaw to be posted to the website and notice given to all parties that the document has been served.

[x]  E-FILING: The above noted individuals are registered with the Court to receive notice of electronic filed documents. Per ECF rules, hard copies must be served only on parties who are not set up for electronic notification.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed this 5, of August, 2009 at Fresno, California.

/s/ lisa almanza
LISA J. ALMANZA