1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT FOR THE

8                            EASTERN DISTRICT OF CALIFORNIA

9

KENNETH MUNSON,                          )        1:09cv0590 AWI DLB
10                                       )
                                         )        ORDER REGARDING
11              Plaintiff,               )        MOTION TO WITHDRAW
                                         )        AS COUNSEL OF RECORD
12                                       )        (Document 20)
                                         )
13        vs.                            )        ORDER VACATING SCHEDULING ORDER
                                         )
14   THE CITY OF FRESNO, et al.,         )
                                         )
15                                       )
                                         )
16              Defendants.              )
     _____)
17

18          Plaintiff's counsel, Daniel Harralson, filed the instant motion to withdraw as counsel of record

19   on October 29, 2009.  The motion was heard before the Honorable Dennis L. Beck, United States

     Magistrate Judge, on December 10, 2009.  No oppositions were filed.  Daniel L. Harralson appeared
20
     at the hearing.  Tamara Bogosian appeared on behalf of Defendants.  Plaintiff did not initially appear
21
     or file objections.
22
            At the hearing, defense counsel had no objection to the motion to withdraw.  However,
23
     Plaintiff's counsel asserted for the first time that there had been a breakdown in the attorney-client
24
     relationship.  Accordingly, the Court continued the motion to withdraw as counsel until January 8,
25
     2010.  The Court directed Plaintiff's counsel to file an addendum to the motion to withdraw
26
     regarding the asserted breakdown before the next hearing.  The Court also vacated the July 7, 2009,
27

28
                                                    1

1   scheduling order and extended the deadline to respond to any outstanding discovery where the

2   deadline to respond had not already passed.

3          After conclusion of the hearing, Plaintiff Kenneth Munson appeared in the courtroom.  The

4   Court reconvened with Plaintiff and Mr. Harralson present.  At that time, the Court explained the

5   earlier proceedings to Plaintiff Munson.  Plaintiff Munson stated his objection to the motion to

6   withdraw.

7          Based on the above, the Court ORDERS as follows:

8          1.  The Motion to Withdraw as Counsel of Record is CONTINUED to January 8,

9   2010, at 9:00 a.m. before the undersigned.

10          2.  Plaintiff's counsel is directed to file any addendum or supplemental information in

11   support of the motion to withdraw no later than January 4, 2010.  A copy of this order and

12   any addendum/information shall be served on Plaintiff Kenneth Munson and shall include

13   notice of the date, time and location of the hearing, along with notice of Plaintiff's right to

14   object to the motion and his right to appear at the hearing.  If necessary or appropriate,

15   Plaintiff's counsel may request that the addendum be filed under seal pursuant to Local Rule

16   39-141.

17          3.  Payment of the sanctions ordered by the Court on November 18, 2009, is

18   temporarily SUSPENDED until after the January 8, 2010 hearing.

19          4.  The July 7, 2009 Scheduling Order is VACATED.  The deadline to respond to any

20   outstanding discovery is HEREBY EXTENDED provided that the time to respond has not

21   already passed.

22    IT IS SO ORDERED.

23    Dated:   **December 11, 2009**          **/s/ Dennis L. Beck**
                                             UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28
                                            2