IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNETH MUNSON, | ) | 1:09cv0590 AWI DLB |
| | ) | |
| | ) | ORDER REGARDING |
| Plaintiff, | ) | MOTION TO COMPEL DISCOVERY |
| | ) | RESPONSES AND REQUEST FOR |
| | ) | SANCTIONS |
| | ) | |
| vs. | ) | |
| | ) | |
| THE CITY OF FRESNO, et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On January 13, 2010, Defendants City of Fresno, Mike Gebhart and James Rossetti ("Defendants") filed a motion to compel further discovery responses and request for sanctions pursuant to Fed. R. Civ. P. 37. A hearing on the motion is scheduled for February 19, 2010, before the undersigned.

On February 10, 2010, Defendants filed a reply to the motion, indicating that Plaintiff failed to file an opposition to the motion in compliance with Local Rule 230. However, as the motion to compel seeks supplemental responses to discovery, Local Rule 230 is inapplicable. Instead, the parties are required to comply with Local Rule 251 governing motions dealing with discovery matters. Pursuant to Local Rule 251, the parties are required to meet and confer and prepare a Joint Statement re Discovery Disagreement or an affidavit at least seven (7) days before the scheduled

1

hearing date. Local Rule 251(a), (b), (d). If the parties fail to file a joint statement or affidavit, the hearing may be dropped from the calendar without prejudice. Local Rule 251(a).

IT IS SO ORDERED.

Dated: February 11, 2010           /s/ Dennis L. Beck
                                   UNITED STATES MAGISTRATE JUDGE