IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNETH MUNSON, | ) | 1:09cv0590 AWI DLB |
| | ) | |
| | ) | ORDER CONTINUING HEARING ON |
| Plaintiff, | ) | DEFENDANTS' MOTION TO COMPEL |
| | ) | DISCOVERY RESPONSES AND |
| | ) | REQUEST FOR SANCTIONS |
| vs. | ) | |
| | ) | |
| THE CITY OF FRESNO, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

On January 13, 2010, Defendants City of Fresno, Mike Gebhart and James Rossetti ("Defendants") filed a motion to compel further discovery responses and request for sanctions pursuant to Fed. R. Civ. P. 37. A hearing on the motion is scheduled for February 19, 2010, before the undersigned. On February 12, 2010, the parties filed a stipulation to continue the hearing for two weeks to allow the parties to file a Joint Statement of Discovery Disagreement pursuant to Local Rule 251.

Based on the parties' stipulation, the February 19, 2010 hearing is CONTINUED to March 12, 2010, at 9:00 a.m. before the undersigned.

IT IS SO ORDERED.

Dated: **February 18, 2010**          **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1