1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT FOR THE

7                         EASTERN DISTRICT OF CALIFORNIA

8
KENNETH MUNSON,                    )        1:09cv0590 AWI DLB
9                                  )
                                   )        ORDER CONTINUING HEARING ON
10           Plaintiff,            )        DEFENDANTS' MOTION TO COMPEL
                                   )        DISCOVERY RESPONSES AND
11                                 )        REQUEST FOR SANCTIONS
                                   )
12      vs.                        )
                                   )
13  THE CITY OF FRESNO, et al.,    )
                                   )
14                                 )
                                   )
15           Defendants.           )
    _____)
16
        On January 13, 2010, Defendants City of Fresno, Mike Gebhart and James Rossetti

17
("Defendants") filed a motion to compel further discovery responses and request for sanctions

18
pursuant to Fed. R. Civ. P. 37.  A hearing on the motion is scheduled for February 19, 2010, before

19
the undersigned.  On February 12, 2010, the parties filed a stipulation to continue the hearing for two

20
weeks to allow the parties to file a Joint Statement of Discovery Disagreement pursuant to Local

21
Rule 251.

22
        Based on the parties' stipulation, the February 19, 2010 hearing is CONTINUED to March

23
12, 2010, at 9:00 a.m. before the undersigned.

24

25
        IT IS SO ORDERED.
26
        Dated:    **February 18, 2010**              _____/s/ **Dennis L. Beck**_____
27                                                  UNITED STATES MAGISTRATE JUDGE

28
                                            1